**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Midcontinent Communications, a<br>South Dakota Partnership, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| North Dakota Public Service Commission,<br>Kevin Cramer, Tony Clark, and Brian Kalk,<br>in their official capacities as<br>Commissioners of the North Dakota Public<br>Service Commission, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Missouri Valley Communications, Inc. | ) | |
| | ) | Case No.  1:09-cv-017 |
| Defendants. | ) | |

Before the court are the Plaintiff's motions for attorneys J.G. Harrington and David E. Mills to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), Mr. Harrington and Mr. Mills have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  They have also paid the required admission fees to the office of the Clerk.  Accordingly, the Plaintiff's motions (Docket Nos.  3 and 4) are **GRANTED**.  Attorneys P.  J.G. Harrington and David E. Mills are admitted to practice before this court in the above-entitled action on behalf of the Plaintiff.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2009.


*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge