**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Midcontinent Communications, a South Dakota Partnership, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| North Dakota Public Service Commission, Kevin Cramer, Tony Clark, and Brian Kalk, in their official capacities as Commissioners of the North Dakota Public Service Commission, | ) ) ) ) ) ) | |
| and | ) ) | |
| Missouri Valley Communications, Inc., | ) ) | Case No.  1:09-cv-017 |
| Defendants. | ) | |

On July 1, 2009, the parties filed a stipulation for an extension of time for the Plaintiff to file its consolidated response to the Defendants pending Motions to Dismiss and for Motion for Summary Judgment.  The court **ADOPTS** the parties' stipulation (Docket No. 22).  The Plaintiff shall have until July 24, 2009, to file its Consolidated Opposition to the Defendants' Motions to Dismiss and Motion for Summary Judgment.

   **IT IS SO ORDERED.**

   Dated this 2nd day of July, 2009.

                                       */s/  Charles S.  Miller, Jr.*
                                       Charles S.  Miller, Jr.
                                       United States Magistrate Judge