**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Midcontinent Communications, a South Dakota Partnership, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Public Service Commission, | ) | |
| Kevin Cramer, Tony Clark, and Brian Kalk, | ) | |
| in their official capacities as Commissioners | ) | |
| of the North Dakota Public Service | ) | |
| Commission, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Missouri Valley Communications, Inc., | ) | |
| | ) | Case No.  1:09-cv-017 |
| Defendants. | ) | |

_____

      The court **ADOPTS** the Stipulation for Extension of Time filed by the parties on September 9, 2009.  Plaintiff shall have until October 5, 2009, to file its Consolidated Opposition to Defendant Missouri River Valley Communication, Inc.'s Motion for Summary Judgment and Reply to Defendants' Opposition to its Motion for Summary Judgment.  Replies to Plaintiff's Opposition to Missouri River Valley Communication, Inc.'s Motion for Summary Judgment are due by October 15, 2009.

      **IT IS SO ORDERED.**

      Dated this 10th day of September, 2009.

                                _/s/  Charles S.  Miller, Jr._____
                                Charles S.  Miller, Jr.
                                United States Magistrate Judge